DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

JOE HARRISON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2328
_____

May 22, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Dana Moss, Judge.

Joe Harrison, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.
_____

Opinion subject to revision prior to official publication.